JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT
APR - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4.3.14

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JUNIOR TIMMONS, | Case No. CV 14-2305-R (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| SPEARMAN E., Warden, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: April 2, 2014

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE